Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10174-RWZ |
| ) | |
| MOHAMED N. JABAK ) | |

### WAIVER OF INDICTMENT

I, **MOHAMED N. JABAK**, the above-named defendant, who is accused of mail fraud in violation of 18 U.S.C. §1341 and bankruptcy fraud in violation of 18 U.S.C. §157, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on August 24, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

8/24/05