UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 05-CR-10174-RWZ |
| V. | |
| MOHAMED JABAK | |

## MOTION TO CONTINUE SENTENCING

      Now comes the defendant, Mohamed Jabak, in the above – captioned matter and respectfully requests that this Honorable Court continue the sentencing date, currently scheduled for Wednesday, December 7, 2005, for at least thirty (30) days. As grounds therefore, the defendant states that the probation officer, Sean Buckley, was unable to meet with and interview the defendant prior to his scheduled trip to Lebanon. As the defendant is not scheduled to return from Lebanon until the middle of October, the earliest he will be able to meet with Mr. Buckley will be on Tuesday, October 18, 2005. This will not allow the parties, including the Federal Probation Services, the time that is necessary to prepare the documentation required for the sentencing as currently scheduled. The government has no opposition to this motion.

                Respectfully submitted,
                Mohamed Jabak,
                By his attorney,

                /S/ Neil F. Faigel_____
                Neil F. Faigel
                BBO NO. 551688
                265 Broadway
                Methuen, MA 01844
                (978) 681 – 9600

Date: September 23, 2005