UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 05-CR-10174-RWZ |
| ) | |
| V. ) | |
| ) | |
| MOHAMED JABAK ) | |

# SUPPLEMENT TO DEFENDANT MOHAMED JABAK'S OBJECTIONS TO PRESENTENCE REPORT

**Paragraph (100)** objection. The Case Summary and Receipts / Refunds, as set forth in Exhibit B of <u>Sentencing Memorandum on Behalf of Mohamed Jabak</u> specifically indicate that Jabak has made thirty – one (31) monthly payments of no less than $395.00 to the Chapter 13 Trustee. The monthly payments began in June of 2003 and continue to date. In fact, Jabak has made his January 2006 payment, which is not set forth in the above mentioned documents. To date, Jabak has paid a total of $12,670.00 into the bankruptcy estate. An additional $3,525.00 is required to complete the bankruptcy plan in the Chapter 13.

                                              Respectfully submitted,
                                              Mohamed Jabak,
                                              By his attorney,

                                              */S/    Neil F. Faigel___*
                                              Neil F. Faigel
                                              BBO No. 551688
                                              265 Broadway
                                              Methuen, MA 01844
                                              (978) 681 – 9600

Dated: January 30, 2006