

# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Rya W. Zobel, U.S. District Judge |
| **cc:** | Mark J. Balthazard, AUSA |
| **cc:** | Neil F. Faigel |
| **From:** | Thomas C. Mullen III, U.S. Probation Officer |
| **Re:** | Mohammed N. Jabek Dkt. 1: 05 CR 10174 - 001 - RWZ |
| **Date:** | August 25, 2008 |

On 1/31/06, the above-captioned defendant, after having pleaded guilty to Mail Fraud, in violation of 18 U.S.C § 1341; and Bankruptcy Fraud, in violation of 18 U.S.C. § 157 appeared before Your Honor for sentencing. At which time, he was sentenced to serve 15 months of imprisonment to be followed by 36 months of supervised release. The Court imposed the following special conditions: If ordered deported, the defendant shall leave the US and shall not return without prior permission of the Secretary of the Department of Homeland Security; Special Assessment fee in the amount of $200; and an order of restitution in the amount of $101,294.52.

The defendant was deported and removed to Lebanon on 8/14/08. This information was verified by the U.S. Immigration and Customs Enforcement Detention and Removal Operations on 8/25/08. As such, the defendant will be moved to Inactive supervision status until his scheduled termination date.

If Your Honor concurs with our course of action, we will proceed as noted, otherwise we will follow your instructions.

Reviewed & Approved by:

John G. Marshall
Supervising U. S. Probation Officer

✓ Approved

___ Not Approved

Honorable Rya W. Zobel
U.S. District Court Judge

8/27/08